JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Homayra Medero; Freddie José Zayas; Conjugal Partnership Medero-Zayas; FJZA, YMNM, SMZM, JAZM, and JZM

**DEFENDANTS**
John Roman; Jennifer Vargas; Off. López; Lt. Santiago; Off. Cruz; Lt. Bernabe; José Pérez; Migdalia Santiago ; Off. González; Daisy Rosario; Pedro Toledo; José Figueroa ; Doe; Roe; Moe.

(b) County of Residence of First Listed Plaintiff: **PUERTO RICO**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **PUERTO RICO**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
WILLIAM E. MELENDEZ & MIGUEL A. CUADROS; Cuadros & Cuadros; 410 Park Avenue 15th Floor, Suite # 1223, New York, NY 10022
(718)725-7387

Attorneys (If Known)
N/A

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | IMMIGRATION | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. § 1983; 42 U.S.C. § 1985; 4th, 5th, 8th, 14th Amendments US Constitution.
Brief description of cause:
Abuse of Process, Abuse of Power, Illegal Seizure, Due Process.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 3,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE N/A  DOCKET NUMBER N/A

DATE: 07/21/2010
SIGNATURE OF ATTORNEY OF RECORD: S/ WILLIAM E. MELENDEZ

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

## CATEGORY SHEET

You must accompany your complaint with this Category Sheet, the Current Address Notice, and the Civil Cover Sheet (JS-44).

Attorney Name (Last, First, MI): CUADROS, MIGUEL, A.

USDC-PR Bar Number: 114814

Email Address: MACUADROS@CUAD-LAW.COM

1. Title (caption) of the Case (provide only the names of the first party on each side):

    Plaintiff: MEDERO-DIAZ, HOMAYRA

    Defendant: ROMAN, JOHN

2. Indicate the category to which this case belongs:

    ☒ Ordinary Civil Case
    ☐ Social Security
    ☐ Banking
    ☐ Injunction

3. Indicate the title and number of related cases (if any).

    N/A

4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?

    ☐ Yes
    ☒ No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

    ☐ Yes
    ☒ No

6. Does this case question the constitutionality of a state statute? (See, Fed.R.Civ. P. 24)

    ☐ Yes
    ☒ No

Date Submitted: 07/21/2010

rev. Jul. 09

Print Form    Reset Form

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

## CATEGORY SHEET

You must accompany your complaint with this Category Sheet, the Current Address Notice, and the Civil Cover Sheet (JS-44).

Attorney Name (Last, First, MI): MELENDEZ, WILLIAM

USDC-PR Bar Number: 226902

Email Address: WE.MELENDEZ@E-LEX.US

1. Title (caption) of the Case (provide only the names of the first party on each side):

   Plaintiff: MEDERO-DIAZ, HOMAYRA

   Defendant: ROMAN, JOHN

2. Indicate the category to which this case belongs:

   [X] Ordinary Civil Case
   [ ] Social Security
   [ ] Banking
   [ ] Injunction

3. Indicate the title and number of related cases (if any).

   N/A

4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   [ ] Yes
   [X] No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   [ ] Yes
   [X] No

6. Does this case question the constitutionality of a state statute? (See, Fed.R.Civ. P. 24)

   [ ] Yes
   [X] No

Date Submitted: 07/21/2010

rev. Jul. 09

Print Form    Reset Form

# United States District Court
## District of Puerto Rico

**CURRENT ADDRESS NOTICE**

You must accompany your complaint with this Current Address Notice, the Civil Cover Sheet (JS-44), and Category Sheet. Keeping the Court informed as to any changes in your address (office, mailing and email) and telephone and facsimile numbers is an ongoing responsibility.

**CHANGE OF ADDRESS FORM**

(Please print legibly or type. Fill all fields in the form. Enter "N/A" if not applicable)

Check this box if this represents a change

| Field | Value |
|---|---|
| Name of Attorney: | CUADROS, MIGUEL, A. |
| | (last name, first name, middle initial) |
| USDC-PR BAR NO. | 114,814 |
| Email Address: | MACUADROS@CUAD-LAW.COM |
| Office Address: | 701 PONCE DE LEON AVENUE # 215 |
| Office Address 2: | |
| City, State, Zip: | SAN JUAN, PR 00907 |
| Phone Number: | (787) 725 - 2652 |
| Fax Number: | (787) 728 - 3820 |
| Cellular Number: | N/A |
| Mailing Address: | 701 PONCE DE LEON AVENUE # 215 |
| Mailing Address 2: | |
| City, State, Zip: | SAN JUAN, PR 00907 |

Date: 07/21/2010        Signature: S/ MIGUEL A. CUADROS

(Rev. 7/16/09)

Print Form        Reset Form

# United States District Court
## District of Puerto Rico

**CURRENT ADDRESS NOTICE**

You must accompany your complaint with this Current Address Notice, the Civil Cover Sheet (JS-44), and Category Sheet. Keeping the Court informed as to any changes in your address (office, mailing and email) and telephone and facsimile numbers is an ongoing responsibility.

### CHANGE OF ADDRESS FORM

(Please print legibly or type. Fill all fields in the form. Enter "N/A" if not applicable)

Check this box if this represents a change

| Field | Value |
|---|---|
| **Name of Attorney:** | MELENDEZ, WILLIAM |
| | (last name, first name, middle initial) |
| **USDC-PR BAR NO.** | 226,902 |
| **Email Address:** | WE.MELENDEZ@E-LEX.US |
| **Office Address:** | 410 Park Avenue 15th Floor, Suite # 1223 |
| **Office Address 2:** | |
| **City, State, Zip:** | New York, New York 10022 |
| **Phone Number:** | (718) 725 - 7387 |
| **Fax Number:** | N/A |
| **Cellular Number:** | N/A |
| **Mailing Address:** | 410 Park Avenue 15th Floor, Suite # 1223 |
| **Mailing Address 2:** | |
| **City, State, Zip:** | New York, New York 10022 |

Date: 07/21/2010    Signature: S/ WILLIAM MELENDEZ

(Rev. 7/16/09)

Print Form    Reset Form